**No. 58754.**—Schenley Import Corp. et al. *v.* United States, protests 943471–G, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *La Manna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiff was sustained.

**No. 58755.**—Naumes Forwarding Service *v.* United States, protest 169721–K/2693 (Chicago).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of peppers similar in all material respects to those the subject of *E. J. Petrosemolo Co., Inc.,* and *Barian Shipping Co., Inc.* v. *United States* (29 Cust. Ct. 159, C. D. 1461), the claim of the plaintiff was sustained.

JANUARY 28, 1955

**No. 58756.**—Lo Curto & Funk *v.* United States, protest 224455–K.—

Plaintiff's application for rehearing granted.